IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEREK TIMOTHY HARPER,
    Plaintiff,

vs.                                    Case No.:  3:06cv561/RV/EMT

MARK CRAWFORD, et al.,
     Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 17, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Notice of Dismissal (Doc. 5), is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 16th day of February, 2007.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**